**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1891**

GLENN A. STEWART,

              Petitioner,

        v.

RIVERSIDE   TECHNOLOGY,   INCORPORATED;   TRANSPORTATION
INSURANCE;  DIRECTOR,  OFFICE  OF  WORKERS'  COMPENSATION
PROGRAMS, UNITED STATES DEPARTMENT OF LABOR,

              Respondents.

On Petition for Review of an Order of the Benefits Review Board.
(15-0436)

Submitted:  February 28, 2017          Decided:  March 14, 2017

Before GREGORY, Chief Judge, and WYNN and FLOYD, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Andrew Hanley, Andrew Penny, CROSSLEY MCINTOSH COLLIER HANLEY &
EDES,  PLLC,  Wilmington,  North  Carolina,  for  Petitioner.
M. Patricia Smith, Solicitor of Labor, Maia S. Fisher, Associate
Solicitor,  Mark  Reinhalter,  Counsel  for  Longshore,  Sean  G.
Bajkowski, Counsel for Appellate Litigation, Matthew W. Boyle,
UNITED  STATES  DEPARTMENT  OF  LABOR,  Washington,  D.C.,  for
Respondents.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Glenn A. Stewart seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of longshore disability benefits pursuant to 33 U.S.C. §§ 901-950 (2012). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we deny the petition for review for the reasons stated by the Board. Stewart v. Riverside Tech., Inc., No. 15-0436 (B.R.B. June 6, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED

2